

ORIGINAL

FILED

03/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0720

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0720

FILED

MAR 0 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

　　　Plaintiff and Appellee,

v.

PAUL LEONARD BEAN,

　　　Defendant and Appellant.

ORDER

Counsel for Appellant Paul Leonard Bean filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Bean time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in Bean's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Bean personally.

DATED this _____ day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2